UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE G. CASTILLO,

    Petitioner,

  v.

SCOTT FRAUENHEIM,

    Respondent.

Case No. 18-cv-00674-RS (PR)

**ORDER REOPENING ACTION;**

**ORDER DIRECTING PETITIONER TO FILE AN IFP APPLICATION OR PAY THE FILING FEE BY JUNE 18, 2018**

      This federal habeas corpus action was dismissed because petitioner failed to file an application to proceed *in forma pauperis* ("IFP"), or pay the filing fee. Petitioner since has filed an amended petition, which the Court construes as containing a motion to reopen. The motion to reopen is GRANTED. The action is REOPENED. The Clerk is directed to modify the docket accordingly. The order of dismissal (Dkt. No. 6) and the judgment (Dkt. No. 7) are VACATED.

      This action cannot proceed until petitioner **(i)** files a complete IFP application, a copy of which will be sent to him; or **(ii)** pays the $5.00 filing fee. On or before **June 18, 2018**, petitioner shall either file a complete IFP application or pay the full filing fee. Failure to do so will result in the dismissal of this action and the entry of judgment in favor of respondent.

      **IT IS SO ORDERED.**

**Dated:** May _7_, 2018

                                    RICHARD SEEBORG
                                  United States District Judge